IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Qing Feng Weng,           )<br>            Petitioner,   )<br>                              )<br>vs.                            )<br>                              )<br>Michael B. Mukasey, Attorney General,  )<br>            Respondent.  )<br>                              ) | No. CV 06-2090-PHX-EHC (BPV)<br><br>**ORDER** |

    Petitioner proceeding pro se has filed a Petition for Writ of Habeas Corpus By a Person in Federal Custody under 28 U.S.C. § 2241 (Dkt. 1).[1] The matter was referred to Magistrate Judge Bernardo P. Velasco who has issued a Report and Recommendation recommending that the § 2241 Petition be denied (Dkt. 13). Petitioner has not filed an Objection to the Report and Recommendation.

Standard of Review

    The district court reviews de novo the portions of the Magistrate Judge's Report and Recommendation to which Petitioner has filed an objection. 28 U.S.C. § 636(b)(1)(C)("a judge of the court shall make a de novo determination of those portions of the report, ..., to which objection is made."); see also United States v. Reyna-Tapia, 328 F.3d 1114, 1121 (9th Cir. 2003); Schmidt v. Johnstone, 263 F. Supp. 2d 1219 (D. Ariz. 2003), citing Thomas v.

---

[1] Attorney General Michael B. Mukasey has been substituted for former Attorney General Alberto Gonzales. Fed.R.Civ.P. 25(d).

Arn, 474 U.S. 140, 149 (1985)(determining that district courts are not required to review any issue that is not the subject of an objection).

### Discussion

Petitioner alleged in his Petition that he has been in the custody of the Immigration and Naturalization Service since October 2005 and that he continues to be detained without lawful reason. As discussed in the Magistrate Judge's Report and Recommendation, Petitioner is a citizen and native of the People's Republic of China who entered without inspection by an Immigration Officer. Petitioner was taken into custody on May 21, 1996 to be entered into immigration proceedings. Petitioner was released on bond in June 1996 but his bond was canceled on January 8, 2003 and notice was given to Petitioner by certified mail to report to INS ready for departure to the People's Republic of China on March 11, 2003 with a valid passport. Petitioner was next apprehended on October 3, 2005 in Fort Lauderdale, Florida. The Magistrate Judge has recommended that the evidence shows that Petitioner has failed to cooperate with his own removal and that extension of the period of detention is authorized pursuant to 8 U.S.C. § 1231(a)(1)(C).

In the absence of objections, the Court adopts in full the Report and Recommendation. Notwithstanding the absence of an objection, the Court has reviewed the Report and Recommendation and the information on file and finds on its independent review that the recommended disposition is well taken.

Accordingly,

**IT IS ORDERED** that the Report and Recommendation of the Magistrate Judge filed on March 9, 2007 (Dkt. 13) is adopted in full.

**IT IS FURTHER ORDERED** that the Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241 is denied.

DATED this 18th day of February, 2008.

_____
Earl H. Carroll
United States District Judge

- 2 -